[Doc. No. 484]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC.<br><br>      Plaintiff,<br> v.<br><br>RADWELL INTERNATIONAL, INC., et al.<br><br>      Defendant. | Civil No. 15-05246(RBK/JS) |

**ORDER**

This matter is before the Court on plaintiff's "Motion to Strike the October 28, 2019 Supplement of David W. DeRamus, Ph.D" [Doc. No. 484]; and the Court having received defendant's response [Doc. No. 504] and plaintiff's reply [Doc. No. 508]; and the Court having held oral argument on January 17, 2020; and this Order intending to confirm the Court's rulings as set forth on the record; and for all the reasons stated by the Court on the record,

IT IS HEREBY ORDERED this 22nd day of January, 2020, that plaintiff's motion is GRANTED in part and DENIED in part; and it is further ORDERED as follows:

1. Plaintiff's request to strike the October 28, 2019 supplement or sur-rebuttal of Dr. DeRamus is DENIED.

2. Plaintiff is granted leave to serve a rebuttal to Dr. DeRamus's October 28, 2019 report by February 17, 2020. No further expert reports shall be served. Defendant is barred from deposing plaintiff's expert regarding the rebuttal.

1

3. No additional Daubert motions shall be filed without leave of Court.

4. Plaintiff's request to depose Dr. DeRamus regarding his October 28, 2019 report is DENIED.

5. Plaintiff's request for sanctions or fees is DENIED.

                                        s/ Joel Schneider
                                        JOEL SCHNEIDER
                                        United States Magistrate Judge